PROB 12B
(7/93)

Report Date: August 7, 2013

# United States District Court

### for the

### Eastern District of Washington

## Request for Modifying the Conditions or Term of Supervision
## with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Margarita Mani-Gomez          Case Number: 2:11CR02025-001

Name of Sentencing Judicial Officer: The Honorable Fred Van Sickle

Date of Original Sentence: 6/6/2013          Type of Supervision: Supervised Release

Original Offense: False Representation of a Social           Date Supervision Commenced: 6/6/2013
Security Account Number, 42 U.S.C. § 408(a)(7)(B)

Original Sentence: Prison - 2 Days; TSR - 36 Months    Date Supervision Expires: 6/5/2016

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

> The drug testing condition is suspended, based on the determination the defendant poses a low risk of future substance abuse.

### CAUSE

There is no indication Ms. Mani-Gomez has ever suffered from illegal substance use or abuse, therefore, this officer requests the Court grant the removal of the mandatory substance abuse testing requirement, as she appears to be a low risk of future substance use or abuse.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   7 Aug. 13

Stephen Krous
U.S. Probation Officer

## THE COURT ORDERS

[ ] No Action
[ ] The Extension of Supervision as Noted Above
[x] The Modification of Conditions as Noted Above
[ ] Other

_s/ Fred Van Sickle_
Signature of Judicial Officer

_8/21/13_
Date

PROB 49
(3/89)

# United States District Court

### Eastern District of Washington

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

To modify the conditions of supervision as follows:

The drug testing condition is suspended, based on the determination the defendant poses a low risk of future substance abuse.

Witness: _____  Signed: _____
Stephen Krous                    Margarita Mani-Gomez
U.S. Probation Officer            Probationer or Supervised Releasee

August 7, 2013
Date